■ BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT NO. 3 of the Towns of Rotterdam, Schenectady County, and Colonie and Guilderland, Albany County, Respondent, v. STANLEY GORGA et al., Appellants.— Motion for stay denied, without costs. If on appeal the orders being reviewed are reversed or modified, the condemning party must take whatever risk may be implicit in such a result. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

## (October 2, 1958)

■ In the Matter of Justin E. DRISCOLL, Respondent, against TROY HOUSING AUTHORITY et al., Appellants.— Motion to amend the decision of this court, handed down July 31, 1958 (6 A D 2d 981), and the order entered thereon, so as to provide that the reversal is upon the law alone granted, without costs. Motion for reargument denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ JUSTIN E. DRISCOLL, Respondent-Appellant, v. TROY HOUSING AUTHORITY et al., Appellants-Respondents.— Motion to amend the decision of this court, handed down July 31, 1958 (6 A D 2d 983), denied as unnecessary. The order on that decision as entered provides that the modification is on the law. Motion for reargument denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.